IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01541-MSK-BNB

VILIUS NARBUTAS,

       Petitioner,

v.

ALBERTO R. GONZALES, Attorney General of the United States,
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,
MARIO ORTIZ, District Director of United States Citizenship and Immigration Services, Department of Homeland Security,

       Respondents.

_____

### ORDER SETTING HEARING PURSUANT TO FED. R. CIV. P. 16
_____

**THIS MATTER** comes before the Court upon a Complaint filed by the Petitioner seeking review of the Respondent's failure to act on his citizenship petition. In light thereof, a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary.

**IT IS ORDERED**:

(1)    A hearing is set for **October 2, 2006** at **4:30 p.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado.

(2)     No later than **October 16, 2006**, the parties shall meet and confer regarding the standard of review and the contents of the administrative record. At the conference, the parties shall be prepared to address matters relating to the adminstrative record and be prepared to set a briefing schedule.

Dated this 17th day of August, 2006

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge